1188

No. 12–8090. SANCHEZ-OXIO v. UNITED STATES. C. A. 1st Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–8128. DANIELS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–8195. WEATHERSPOON v. UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–8219. STANLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–310. LALLIER v. SUPREME JUDICIAL COURT OF MASSACHUSETTS ET AL., *ante*, p. 1027;

No. 12–426. PAYNE v. WHOLE FOODS MARKET GROUP, INC., *ante*, p. 1029;

No. 12–677. BOSWORTH v. UNITED STATES, *ante*, p. 1091;

No. 12–5614. SHRADER v. UNITED STATES, *ante*, p. 1049;

No. 12–6131. BURKE v. MCCOLLUM, WARDEN, *ante*, p. 1013;

No. 12–6181. SONACHANSINGH v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, *ante*, p. 1000;

No. 12–6214. ASHFORD v. WENEROWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL., *ante*, p. 1014;

No. 12–6215. ANDERSON v. CITY OF RIVERSIDE, CALIFORNIA, ET AL., *ante*, p. 1014;

No. 12–6264. JOHNSON v. OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C., ET AL., *ante*, p. 1001;

No. 12–6297. ALLEN v. CLEMENTS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 1031;

No. 12–6365. HOLLAND v. MONROE COUNTY CHILDREN AND YOUTH SERVICES ET AL., *ante*, p. 1032;

No. 12–6372. THOMPSON v. GONZALEZ, WARDEN, *ante*, p. 1033;

No. 12–6376. RUSS v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante*, p. 1033;

No. 12–6452. GATES *v.* WESTERENG, *ante,* p. 1049;

No. 12–6506. IN RE BROWN, *ante,* p. 1047;

No. 12–6517. HUGUELEY *v.* TENNESSEE, *ante,* p. 1051;

No. 12–6593. DOBRIC *v.* PARK LANE NORTH OWNER, INC., ET AL., *ante,* p. 1052;

No. 12–6761. WOODARD *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 1053;

No. 12–6887. MOORE *v.* HOLLINGSWORTH, WARDEN, *ante,* p. 1038;

No. 12–6903. IN RE JOYNER, *ante,* p. 1025;

No. 12–6921. RANDLEMAN *v.* UNITED STATES, *ante,* p. 1038;

No. 12–6942. JOHNSON *v.* FLORIDA DEPARTMENT OF CORRECTIONS, *ante,* p. 1054;

No. 12–6975. ALEJANDRO *v.* UNITED STATES, *ante,* p. 1055;

No. 12–7028. VAKSMAN *v.* UNITED STATES, *ante,* p. 1056;

No. 12–7143. MEADOR *v.* BRANSON, *ante,* p. 1105;

No. 12–7217. IN RE BOURGEOIS, *ante,* p. 1068; and

No. 12–7294. IN RE HIEN ANH DAO, *ante,* p. 1122. Petitions for rehearing denied.

No. 12–7020. EPPS *v.* UNITED STATES, *ante,* p. 1055. Petition for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

FEBRUARY 20, 2013

No. 12–7385 (12A799). COOK *v.* HUMPHREY, WARDEN, *ante,* p. 1146. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for rehearing denied.

FEBRUARY 21, 2013

No. 12A809. HUMPHREY *v.* HILL. Application to vacate stay of execution of sentence of death entered by the United States Court of Appeals for the Eleventh Circuit on February 19, 2013, presented to JUSTICE THOMAS, and by him referred to the Court, denied.

No. 12–8803 (12A820). BLUE *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITU-